UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| EAGLE SUPPLY AND MANUFACTURING, L.P. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 3:10-CV-407 |
| BECHTEL JACOBS COMPANY, LLC. | ) ) ) | |
| Defendant. | ) | |

### MOTION FOR ADMISSION PRO HAC VICE OF NEAL J. SWEENEY

NOW COMES Plaintiff Eagle Supply and Manufacturing, L.P. by and through its attorneys, Woolf, McClane, Bright, Allen & Carpenter PLLC, and pursuant to E.D. TN. LR 83.5(b), and moves the Court for admission *pro hac vice* of Neal J. Sweeney of the law firm of Kilpatrick Stockton LLP which is located at 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4530. Mr. Sweeney has been retained by Plaintiff as counsel in this matter. Mr. Sweeney is a member in good standing of the bar of the State of Georgia and is admitted to practice before the Georgia Supreme Court and the United States District Court for the Northern District of Georgia. A Certificate of Good Standing from the Supreme Court of Georgia is attached hereto as *Exhibit A*. A Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached hereto as *Exhibit B*.

Mr. Sweeney represents and affirms that he will abide by the Federal Rules of Civil Procedure, the governing Local Rules of the United States District Court, Eastern District of Tennessee, as well as all applicable rules of ethical conduct. Mr. Sweeney affirms that as an attorney and as a counsel of this Court he will conduct himself uprightly and according to law, and that he will support the Constitution of the United States.

686061.1
Case 3:10-cv-00407   Document 3   Filed 10/06/10   Page 1 of 3   PageID #: 17

WHEREFORE, Plaintiff Eagle Supply and Manufacturing, L.P. respectfully moves this Court to grant attorney Neal J. Sweeney admission to appear before this Court on a *pro hac vice* basis. A proposed Order is attached hereto as **Exhibit C**.

This the 6th day of October, 2010.

Respectfully submitted,

s/     *J. Keith Coates, Jr.*
J. Ford Little, Esq., BPR #013870
J. Keith Coates, Jr., Esq., BPR #025839

**WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC**
Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000

*Attorneys for Plaintiff Eagle Supply and Manufacturing, L.P.*

686061.1
Case 3:10-cv-00407   Document 3   Filed 10/06/10   Page 2 of 3   PageID #: 18

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2010, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                          s/    *J. Keith Coates, Jr.*
                                               J. Keith Coates, Jr., Esq., BPR #025839

                                             WOOLF, McCLANE, BRIGHT,
                                                ALLEN & CARPENTER, PLLC
                                             Post Office Box 900
                                             Knoxville, Tennessee 37901-0900
                                             (865) 215-1000