

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **NEAL J. SWEENEY, 694725,** was duly admitted to practice in said Court on August 17, 1982 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 28th day of September, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



**EXHIBIT B**