UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EAGLE SUPPLY AND MANUFACTURING, L.P. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 3:10-CV-407 ) |
| BECHTEL JACOBS COMPANY, LLC. | ) ) ) |
| Defendant. | ) ) |

## ORDER

Good cause having been shown, the Motion for Admission *Pro Hac Vice* of Neal J. Sweeney is hereby GRANTED. It is hereby ORDERED that Neal J. Sweeney shall be permitted to practice before this Court as counsel for Plaintiff Eagle Supply and Manufacturing, L.P. in this matter.

IT IS SO ORDERED this the _____ day of _____, 2010.

_____
United States District Judge

PREPARED BY:

s/ *J. Keith Coates, Jr.*
J. Ford Little, BPR #013870
J. Keith Coates, Jr., BPR #025839

**WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC**
Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000

*Attorneys for Plaintiff Eagle Supply and Manufacturing, L.P.*

EXHIBIT C