UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EAGLE SUPPLY AND<br>MANUFACTURING, L.P.<br>      Plaintiff,<br><br>v.<br><br>BECHTEL JACOBS COMPANY, LLC,<br><br>      Defendant. | Civil Action No.<br>3:10-cv-407 |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

  Plaintiff Eagle Supply and Manufacturing, L.P. ("Eagle") and Defendant Bechtel Jacobs Company, LLC ("BJC"), by their attorneys, respectfully move this Court pursuant to Federal Rules of Civil Procedure 7(b) and 26(c) and Local Rule 37.2, and pursuant to 3(e) of the Parties' Stipulated Discovery Plan filed in this action on September 20, 2011, for entry of the attached Stipulated Protective Order limiting the use and disposition of certain information and documents. Discovery in this action may yield documents and information of a sensitive and confidential nature, including business, commercial, financial, and trade secret information of the parties, their subsidiaries, and third parties to this action. As a result, BJC and Eagle have agreed to the attached proposed Stipulated Protective Order, and request that the Court enter it in this case.

  Respectfully submitted this 10th day of November, 2011.

| KILPATRICK TOWNSEND & STOCKTON LLP | NIXON PEABODY LLP |
|---|---|
| By: /s/Ian M. Goldrich<br>Neal J. Sweeney (admitted *pro hac vice*)<br>Brian G. Corgan (admitted *pro hac vice*)<br>Ian M. Goldrich (admitted *pro hac vice*)<br><br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, Georgia 30309-4530<br>Tel: (404) 815-6500<br>Fax: (404) 815-6555<br>nsweeney@kilpatricktownsend.com<br>bcorgan@kilpatricktownsend.com<br>igoldrich@kilpatricktownsend.com<br><br>-and-<br><br>WOOLF, McCLANE, BRIGHT<br>ALLEN & CARPENTER, PLLC<br>J. Ford Little, BPR No. 013870<br>J. Keith Coates, BPR No. 025839<br>P.O. Box 900<br>Knoxville, Tennessee 37901-0900<br>Tel: (865) 215-1000<br>Fax: (865) 215-1001<br>flittle@wmbac.com<br><br>*Attorneys for Plaintiff* | By: /s/Mark A. Molloy<br>D. Grayson Yeargin (admitted *pro hac vice*)<br>Mark A. Molloy (admitted *pro hac vice*)<br>Emily C. Harlan (admitted *pro hac vice*)<br><br>Key Towers at Fountain Plaza<br>40 Fountain Plaza, Suite 500<br>Buffalo, New York 14202<br>Tel: (716) 853-8100<br>Fax: (716) 853-8109<br>gyeargin@nixonpeabody.com<br>mmolloy@nixonpeabody.com<br>eharlan@nixonpeabody.com<br><br>-and-<br><br>FRANTZ, McCONNELL & SEYMOUR, LLP<br>Michael W. Ewell (BPR No. 013232)<br>P.O. Box 39<br>Knoxville, Tennessee 37901<br>Tel: (865) 546-9321<br>Fax: (865) 637-5249<br>mewell@fmsllp.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2011, the foregoing Joint Motion for Entry of Stipulated Protective Order and the attached proposed Stipulated Protective Order were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      */s/ Emily C. Harlan*
      Emily C. Harlan, Esq.
      NIXON PEABODY LLP
      401 9th Street, N.W., Suite 900
      Washington, DC 20004
      Phone: (202) 585-8000
      Fax: (202) 585-8080
      eharlan@nixonpeabody.com