UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE, TENNESSEE

EAGLE SUPPLY AND MANUFACTURING, L.P.,

    Plaintiffs

vs.                                                          No: 3:10-cv-00407

BECHTEL JACOBS COMPANY, LLC,

    Defendant

## NOTICE OF APPEARANCE

Reggie E. Keaton, and the law firm of Frantz, McConnell & Seymour, LLP, Suite 500, 550 W. Main Street, P.O. Box 39, Knoxville, Tennessee 37901-0039, hereby give notice that Reggie E. Keaton and the law firm of Frantz, McConnell & Seymour, LLP will be representing the defendant, Bechtel Jacobs Company, LLC, in the above-styled matter, and request that all pleadings or other filings with the Court be sent to them at the aforementioned address.

This the 11th day of December, 2012.

                                                              */s/ Reggie E. Keaton*
                                                              Reggie E. Keaton (BPR No. 11021)
                                                              **FRANTZ, MCCONNELL & SEYMOUR, LLP**
                                                              P.O. Box 39
                                                              Knoxville, TN 37901
                                                              (865) 546-9321
                                                              Attorney for Bechtel Jacobs Company, LLC

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2012, a true and exact copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Reggie E. Keaton
Reggie E. Keaton
FRANTZ, MCCONNELL & SEYMOUR, LLP

S:\WDOX\CLIENTS\2972\0049409\NOTICES\00952746.DOC

2