UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EAGLE SUPPLY AND MANUFACTURING, L.P., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No.: 3:10-CV-407 (VARLAN/SHIRLEY) |
| BECHTEL JACOBS COMPANY, LLC, ) ) | |
| Defendant. ) | |

## ORDER

This civil action is before the Court on the Plaintiff's Status Report [Doc. 74], Motion for Scheduling Conference [Doc. 75], and Defendant's Response [Doc. 77]. After a review of the pleadings and the record in this matter, the Court finds that the stay entered in this case should be lifted and this matter reinstated on the Court's docket for trial. Accordingly, Plaintiff's Motion for Status Report and Motion for Scheduling Conference are **GRANTED**, **as follows:**

The **Stay** entered in this case is hereby **LIFTED**, and this matter is set for trial on **May 6, 2014.**

A Revised Scheduling Order will issue.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE