IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EAGLE SUPPLY AND MANUFACTURING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:10-CV-407 ) |
| BECHTEL JACOBS COMPANY, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## BECHTEL JACOBS COMPANY, LLC'S MOTION TO DISMISS PLAINTIFF'S COUNT VI

Defendant Bechtel Jacobs Company, LLC ("BJC") moves this Court to dismiss Plaintiff Eagle Supply and Manufacturing, L.P.'s ("Eagle")'s Complaint as to its sixth claim for violation of Tennessee's Prompt Pay Act pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6) for failing to state a claim upon which relief can be granted. Eagle's claim lacks both factual and legal support. In support of this Motion, BJC relies upon all pleadings in this action and its supporting Brief filed contemporaneously with this Motion.

**WHEREFORE**, BJC respectfully request that this Motion be granted and Eagle's Count VI for violations of the Tennessee Prompt Pay Act be dismissed with prejudice.

Dated: January 6, 2014.

                                    Respectfully submitted,

                                    /s/Lochlin B. Samples_____
Karl F. Dix, Jr. (admitted *pro hac vice*)
Lochlin B. Samples (BPR 30555)

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
P:      (404) 521-3800
F:      (404) 688-0671
E:      kfdix@smithcurrie.com
        lbsamples@smithcurrie.com

*Attorneys for Defendant*
*Bechtel Jacobs Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2014, a true a correct copy of this **Bechtel Jacobs Company, LLC's Motion to Dismiss Plaintiff's Count VI** was filed and served via the Court's CM/ECF Electronic Filing System upon all known counsel of record and parties as indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system

    By:    */s/ Lochlin B. Samples*
                  Lochlin B. Samples
                  Tennessee BPR # 30555
                  Smith, Currie & Hancock, LLP
                  lbsamples@smithcurrie.com
                  2700 Marquis One Tower
                  245 Peachtree Center Avenue, NE
                  Atlanta, GA 30303-1227
                  Telephone:    (404) 582-8116
                  Facsimile:    (404) 688-0671

                  ATTORNEYS FOR DEFENDANT BECHTEL JACOBS COMPANY, LLC