UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

EAGLE SUPPLY AND                          )
MANUFACTURING, L.P.,                      )
                                          )
              Plaintiff,                  )
                                          )
v.                                        )   No.: 3:10-CV-407-PLR-CCS
                                          )
BECHTEL JACOBS COMPANY, LLC,              )
                                          )
              Defendant.                  )

## JUDGMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held November 4

through November 13, 2014, and for the reasons set forth in the Findings of Fact and

Conclusions of Law filed contemporaneously with this order, it is **ORDERED** that Eagle

Supply and Manufacturing, L.P., recover from defendant Bechtel Jacobs Company, LLC,

damages in the amount of $12,692,479.30 plus interest, costs of this action, and

attorney's fees, the amount to be determined by further orders of the court.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**